## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.L., a minor**, <br><br> Plaintiff, <br><br> v. <br><br> **CAMARENA HEALTH, et al.**, <br><br> Defendants. | No. 1:24-cv-01291-KES-SKO <br><br> **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** <br><br> (Doc. 6) |

On November 13, 2024, Plaintiff filed a "Notice of Voluntary Dismissal <u>Without</u> Prejudice</u>," notifying the Court that this case is voluntarily dismissed without prejudice. (Doc. 6.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **November 14, 2024**          /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE